**Michael L. MACGOWAN,
Plaintiff–Appellant**

v.

**Colorado Governor Bill RITTER, as Supreme Executive of the State of Colorado; Beverly Debus, also known as Beverly Wallis, also known as Beverly Schmelling, also known as Beverly Macgowan, also known as Beverly Di Simone, Individually; Principal John Shumacher, Individually and in his capacity as representative of the Marble Falls Independent School District, Defendants–Appellees.**

No. 10–50694
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 26, 2011.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

The judgment of the district court dismissing the appellant's claims against the appellees is in all respects AFFIRMED, for the reasons stated in the magistrate judge's reports and recommendations, as adopted by the district court. *See* 5TH CIR. R. 47.6. The appellant's motion for injunctive relief pending appeal is DENIED as moot.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.